IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM L. COSBY, | : |
| Petitioner, | : |
| vs. | :     Civil Action No. 16-00070-KD-C |
| STATE OF ALABAMA, et al., | : |
| Respondents. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 29, 2016, is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of June 2016.

      s/ Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**