IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. COSBY, | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 16-00070-KD-C |
| STATE OF ALABAMA, et al., | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED**, for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1), and, alternatively, as frivolous in accordance with this same statutory subsection.

**DONE** this 8th day of June 2016.

s/ Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**